

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Appellant Simon Rene Garcia's brief was originally due February 2, 2015. Based on Appellant counsel's motion for extension of time, the deadline was extended to March 5, 2015. On March 5, 2015, Appellant's counsel filed an unopposed motion for extension to file the brief. Given the medical basis for the request, Appellant's request is GRANTED. Appellant's brief is to be filed no later than April 6, 2015. ***Absent extenuating circumstances, no further extension will be given.***

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2015.

Keith E. Hottle
Clerk of Court